FILED
June 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003551435

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**Eric & Jane Tienken,**

Debtor(s).

Case No. 11-12458-B-7

DC No. JES-1

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date: July 12, 2011
Time: 10:00 a.m.
Dept: B

TO THE HONORABLE W. Richard Lee, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 03/01/11.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is the debtors' interest in 100% of the stock of Tyco General, Inc.-a California corporation.

5. The trustee has obtained an offer from Alfonzo Watson, or nominee, to purchase said asset for the sum of $8,750. Funds have been received by the estate and are on deposit subject to sale approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is being sold "as is where is" and sale is to be free and clear of all liens, of which none are known. Sale is also subject to higher and better bid.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to , or nominee.

DATED: 6/7/11

JAMES E. SALVEN,
Movant

-2-